

APR 1 9 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. DOE (a female minor), by and through her legal guardian MRS. SHIRELY COOPER,<br><br>Plaintiff,<br><br>vs.<br><br>PATTY JOHN, FRESNO UNIFIED SCHOOL DISTRICT,<br><br>Defendants | **CASE NO. 1:05-cv-0070-AWI-SMS**<br><br>**STIPULATION OF COUNSEL AND ORDER THEREON TO CONTINUE THE HEARING OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO THE SAME DATE AND TIME AS DEFENDANT FRESNO UNIFIED SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT** |

ALL PARTIES HERETO, BY AND THROUGH THEIR COUNSEL OF RECORD, AGREE AND STIPULATE AS FOLLOWS:

1. All parties have calendared and acknowledge Plaintiff's Motion for Summary Judgment has been set by the Court to be heard on May 1, 2006, at 1:30 p.m. in Courtroom 2;

2. All parties have calendared and acknowledge Defendant Fresno Unified School District's Motion for Summary Judgment has been set by the Court to be heard on May 15, 2006, at 1:30 p.m. in Courtroom 2; and

3. All counsel agree and hereby stipulate to continue the hearing of Plaintiff's Motion for Summary Judgment to the same date and time as Defendant Fresno Unified School District's Motion for Summary Judgment,

---1---

STIPULATION OF COUNSEL AND ORDER THEREON TO CONTINUE THE HEARING OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO THE SAME DATE AND TIME AS DEFENDANT FRESNO UNIFIED SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT

1  with all oppositions and replies to be calendared in accordance with the May

2  15, 2006, hearing date for Defendant Fresno Unified School District's Motion

3  for Summary Judgment.

4

**IT IS SO STIPULATED**

5

DATED: March 30, 2006          SCHOTH, CREYAUFMILLER & ASSOCIATES

6

7

8                                           BY:     /s/ Karl W. Schoth
                                                    KARL WERNER SCHOTH
9                                                   Attorney for Plaintiff, S. DOE

10

**IT IS SO STIPULATED**

11

DATED: April 4, 2006           LOZANO SMITH

12

13

14                                          BY:     /s/ Scott G. Cross
                                                    GREGORY A. WEDNER
15                                                  SCOTT G. CROSS
                                                    Attorneys for Defendant, FRESNO
16                                                  UNIFIED SCHOOL DISTRICT

17  **IT IS SO STIPULATED**

18  DATED: April 4, 2006          TUTTLE & McCLOSKEY

19

20

21                                          BY:     /s/ James F. McBrearty
                                                    JAMES F. McBREARTY
22                                                  Attorney for Defendant, PATTY JOHN

23

24  ///

25
    ///
                                              2

1

## ORDER

2    The Court, having considered the Stipulation of all counsel to continue

3  the hearing on Plaintiff's Motion for Summary Judgment to the same date and

4  time as Defendant Fresno Unified School District's Motion for Summary

5  Judgment, hereby Orders that Plaintiff's Motion for Summary Judgment

6  pursuant to F.R.C.P. Rule 56(a) is continued from May 1, 2006, to May 15,

   2006, at 1:30 p.m. in Courtroom 2, to be heard in conjunction with Defendant

7  Fresno Unified School District's Motion for Summary Judgment. All

8  oppositions and replies to both parties' Motions for Summary Judgment shall

9  be calendared in accordance with the May 15, 2006, hearing date.

10

11   DATED: 9-19-06

12                                    THE HONORABLE ANTHONY ISHII, JUDGE

13                                    OF THE UNITED STATES DISTRICT

14                                    COURT, EASTERN DISTRICT

15

16

17

18

19

20

21

22

23

24

25

3
STIPULATION OF COUNSEL AND ORDER THEREON TO CONTINUE THE HEARING OF PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT TO THE SAME DATE AND TIME AS DEFENDANT FRESNO UNIFIED
SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT