IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. DOE (a female minor), by and through her legal guardian MRS. SHIRLEY COOPER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PATTY JOHN, FRESNO UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　Defendants | CV F F-05-0705  AWI SMS<br><br>ORDER VACATING HEARING DATE OF MAY 15, 2006 |

　　　　In this action by plaintiff S. Doe by and through her guardian Shirley Cooper (collectively, "Plaintiff") against Patty John, an individual, and Fresno Unified School District, all parties have moved for summary judgment. In order to manage its docket, the court must reschedule the hearing currently scheduled for May 15, 2006, to May 30, 2006.

　　　　THEREFORE, the court HEREBY ORDERS that the hearing date for consideration of the parties' cross-motions for summary judgment currently set for May 15, 2006 is hereby VACATED, and no party shall appear at that time. Previous scheduling orders that establish due dates for the filing of responsive briefs are not changed by this order. The hearing for consideration of the cross-motions for summary judgment is hereby RESET for Tuesday, May 30, 2006, at 1:30 p.m.

/ / /

IT IS SO ORDERED.

**Dated:   May 2, 2006**                                        **/s/ Anthony W. Ishii**
0m8i78                                                              UNITED STATES DISTRICT JUDGE