# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. DOE (a female minor), by and through her legal guardian MRS. SHIRELY COOPER,<br><br>Plaintiff,<br><br>vs.<br><br>PATTY JOHN, FRESNO UNIFIED SCHOOL DISTRICT,<br><br>Defendants | CASE NO. 1:05-cv-00705-AWI-SMS<br><br>ORDER APPROVING COMPROMISE OF THE MINOR PLAINTIFF S. DOE'S CLAIM<br>[E.D. LOCAL RULE 17-202] |

    This matter was tentatively settled at a Mandatory Settlement Conference heard before United States Magistrate Judge Sandra M. Snyder on May 9, 2006, at 10:00 a.m. in Courtroom 7 of the United States District Court for the Eastern District of California. All parties, their counsel, and authorized representatives appeared at the Mandatory Settlement Conference, and following good faith negotiations stated their consent and agreement to the terms of this settlement on the record before the Court.  The Court accepted the settlement, subject to Plaintiff complying with United States District Court, Eastern District of California Local Rule 17-202, and thereafter submitting a Federal Rule of Civil Procedure Rule 41 Order of Dismissal for the Court's signature.

PDF created with pdfFactory trial version www.pdffactory.com

**Inserted hereinafter is the Superior Court for the State of California, County of Fresno Order dated June 27, 2006, approving pursuant to California state law.**

C-M351

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name. State Bar number,* address): | FOR COURT *USE* |
|---|---|
| Karl W. Schoth, Esq.    SBN: 1135721, 1905 E. Route 66, Suite 102  Glendora, CA 91740 | *ONLY* |
| TELEPHONE NO.: (626) 963-7161          FAX NO. *(Optional):*  (626) 963-7163 | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Fresno  STREET ADDRESS:  1100 Van Ness  CITY AND ZIP CODE:  Fresno, CA 93724 | |
| CASE NAME: Guardianship of Sherryle Jones, a minor | |

| ORDER APPROVING: | CASE NUMBER: 06CECGO1921 | |
|---|---|---|
| X    COMPROMISE OF PENDING ACTION  ___ DISPOSITION OF PROCEEDS OF JUDGMENT  Minor  Plaintiff | HEARING DATE June 27, 2006 | DEPT 72 |

1. **Petitioner** *(name):* Shirley Cooper has petitioned for court approval of a proposed compromise of a disputed claim of a minor or a pending action involving a minor or an adult person with a disability, or a proposed disposition of the proceeds of a judgment for a minor or an adult person with a disability.

2. Hearing
    Date: June 27, 2006         Time: 3:30 p.m.         Dept.: 72    Judicial Officer: Alan Simpson

3. Relationship to claimant
    Petitioner is claimant's *(check all applicable boxes):*
    a. ___ Parent
    b. ___ Guardian ad litem
    c. X  Guardian
    d. ___ Conservator
    e. ___ Other *(specify):* grandmother

4. **Claimant** *(name):* Sherryle Jones is a minor.

5. Defendants
    The claim or action to be compromised is asserted against:
    Fresno Unified School District and Patty John, United States District Court, Eastern District of California, Case No. 1:05-cv-00705-AWI-SMS
    6. THE COURT FINDS that all notices required by law have been given.

PDF created with pdfFactory trial version www.pdffactory.com

7. THE COURT ORDERS
  a. The petition is granted and the proposed compromise of claim or action or the proposed disposition of the proceeds of the judgment is approved. The gross amount or value of the settlement or judgment in favor of claimant is $ 100, 000.00.
  b. The payer shall disburse the proceeds of the settlement or judgment approved by this order in the following manner:

Payment of fees and expenses

Fees and expenses shall be paid by one or more checks or drafts, drawn payable to the order of the petitioner and the petitioner's attorney, if any, or directly to third parties entitled to receive payment identified in this order for the following items of expense or damage, which are hereby <u>authorized to be paid</u> out of the proceeds of the settlement or judgment:

Attorney's fees in the total amount of: $ <u>20,568.56</u>  payable to

Schoth, Creyaufmiller and Associates

Reimbursement for medical and all other expenses paid by the petitioner or the petitioner's attorney in the amount of:

$ 17,725.76

Medical, hospital, ambulance, nursing, and other like expenses payable directly to providers as follows, in the total amount of:
  (i) **Payee** *(name):*

   (A) Address:

   (B) Amount: $

  (d) Other authorized disbursements payable directly to third parties in the

  total amount of:

| (e) | Total allowance for fees and expenses from the settlement or | $ 38,294.32 |
| --- | --- | --- |
| (2) BALANCE: | | $ 61,705.68 |

  (a) X   By one or more checks or drafts in the total amount of *(specify):* $ 61,705.68 drawn payable to the order of the petitioner as trustee for the claimant. Each such check or draft must bear an endorsement on the face or reverse that it is for deposit in one or more interest-bearing, federally insured accounts in the name of the petitioner as trustee for the claimant, and no withdrawals may be made from the accounts except as provided in the *Order to Deposit Money Into Blocked Account,* which is signed contemporaneously with this order ("blocked account").
  (b) By the following method(s) *(describe each method, including the amount to be disbursed ):*

3
ORDER APPROVING COMPROMISE OF THE MINOR PLAINTIFF S. DOE'S CLAIM

PDF created with pdfFactory trial version www.pdffactory.com

    (c)      If money is to be paid to a special needs trust under Probate Code section 3604, all statutory liens in favor of the state Department of Health Services, the state Department of Mental Health, the state Department of Developmental Services, and any city and county in California must first be satisfied by the following method *(specify):*

8. **X**. Further **orders of** the court concerning **blocked accounts**

The court makes the following additional orders concerning any part of the balance ordered to be deposited in a blocked account under item 7b (2)(a):

   *a.*   Within **48** hours of receipt of a check or draft described in item 7b(2)(a), the petitioner and the petitioner's attorney, if any, must deposit the check or draft in the petitioner's name as trustee for the claimant in one or more blocked accounts *at (specify name, branch, and address of each depository, and the amount of each account):*
      Wells Fargo Bank, 1206 Van Ness Avenue, Fresno, California.

   *b.*   The petitioner and the petitioner's attorney, if any, must deliver to each depository at the time of deposit three copies of the *Order to Deposit Money Into **Blocked** Account,* which is signed contemporaneously with this order, and three copies of the *Receipt and Acknowledgment of Order to Deposit Money Into Blocked Account* ("receipt"). The petitioner or the petitioner's attorney must file a copy of the receipt with this court within 15 days of the deposit. The sole responsibilities of the petitioner and the petitioner's attorney, if any, are to place the balance in a blocked account or accounts and to timely file a copy of the receipt.

   *c.*   The balance of the proceeds of settlement or judgment deposited in *a* blocked account or accounts under item 7b(2)(a) may be withdrawn only as follows *(check* (1) *or* (2)):

      (1)      No withdrawals of principal or interest may be made from the blocked account or accounts without a further written order under this case name and number, signed by a judge, and bearing the seal of this court. The money on deposit is not subject to escheat.

      (2)      The blocked account or accounts belong to a minor. The minor was born on *(date):* 7125/91 No withdrawals of principal or interest may be made from the blocked account or accounts without a further written order under this case name and number, signed by a judicial officer, and bearing the seal of this court, until the minor attains the age of 18 years. When the minor attains the age of 18 years, the depository, without further order of this court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

9. **Authorization to execute settlement documents**

The petitioner is authorized to execute settlement documents as follows *(check only one):*
(a)      Upon receipt of the full amount of the settlement sum approved by this order and the deposit of funds, the petitioner is authorized and directed to execute and deliver to the payer a full, complete, and final release and discharge of any and all claims and demands of the claimant by reason of the accident or incident described in the petition and the resultant injuries to the claimant and a properly executed dismissal with prejudice.
(b)     **X** The petitioner is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement.
(c)      The petitioner is authorized and directed *(specify):*

10.   Bond is not required.
11.   A copy of this order shall be served on the payer forthwith.

PDF created with pdfFactory trial version www.pdffactory.com

12. **Additional orders** The court makes the following additional orders *(specify)*:

JUNE 27, 2006          /s/     ALAN M. SIMPSON     (Judicial Officer)

**WHEREFORE,**

**This Court hereby approves the settlement of the minor plaintiff S. Doe's claims as initially set forth on the record before this Court on May 9, 2006, and as set forth in the above Fresno County Superior Court Order approving the settlement, the terms of which are incorporated herein by this reference. Payment of the funds to the minor shall be as set forth in the terms of the written settlement agreement between the parties as approved by the Fresno County Superior Court.**

**Any application by the minor or the minor's authorized representative and *guardian ad litem* Shirley Cooper for interim disbursements from the blocked account to be set up pursuant to the terms and conditions of the Fresno County Superior Court's June 27, 2006, Order shall be heard by the appropriate Fresno County State Court Judge assigned to approve or otherwise reject any such request.**

//////
//////
//////
//////

**Pursuant to Eastern District of California Local Rule 17-202(f) in the event of a hearing or Order by a Fresno County Superior Court Judge concerning disbursements, a copy of such Order shall be filed with the clerk of this Court along with an additional**

PDF created with pdfFactory trial version www.pdffactory.com

copy to be reviewed by the Magistrate Judge assigned to this case who shall have authority to review, modify, or otherwise issue any order this Court deems, taking into account the best interests of the minor plaintiff S. Doe.

IT IS SO ORDERED

DATE:  9/15/2006

 /s/ Sandra M. Snyder

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA MAGISTRATE JUDGE SANDRA M. SNYDER

PDF created with pdfFactory trial version www.pdffactory.com