1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. DOE (a female minor), by and through her legal guardian<br>MRS. SHIRELY COOPER,<br><br>             Plaintiff,<br><br>     vs.<br><br>PATTY JOHN, FRESNO UNIFIED SCHOOL DISTRICT,<br><br>             Defendants | CASE NO. 1:05-cv-00705-SMS<br><br>ORDER OF DISMISSAL<br>[F.R.Civ.P. RULE 41] |

  The Court finds that this Court's approval, pursuant to United States District Court for the Eastern District of California Local Rule 17-202, of the complete settlement of the minor Plaintiff S. Doe's claims as set forth herein, resolves all of the issues and allegations raised in the minor's Complaint as filed on June 2, 2005.  There are no outstanding issues or disputes between the parties, and is therefore appropriate to dismiss this case at this time.

///

_____1_____
ORDER OF DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREFORE,**

**It is hereby ordered that plaintiff S. Doe's Complaint, brought before this Court by and through her Guardian ad Litem, Shirley Cooper against Defendant Patty John and the Fresno Unified School District is hereby dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure.  This dismissal is with prejudice, except that this Court will retain jurisdiction to the degree the Court deems necessary to enforce the terms of this settlement, or to issue any other Order which the Court determines to be in the best interest of the minor up to the point where the minor reaches her majority on July 25, 2009**

**DATE:  9/15/2006**

 /s/ Sandra M. Snyder
**THE HONORABLE SANDRA M. SNYDER**
**UNITED STATES DISTRICT COURT, EASTERN**
**DISTRICT OF CALIFORNIA MAGISTRATE JUDGE**